**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**


Efrain Arturo Lopez Guevara


      v.                                      Civil No. 1:26-cv-00566-JL


Andrew Ackley, et al.


## SUMMARY ORDER FOR BOND HEARING

The court has reviewed the Response to the Petition for Writ of Habeas Corpus, in which the Respondents note that they "object to this Court granting relief on the basis of *Destino [v. FCI Berlin*, 2025 WL 4010424 (D.N.H. Dec. 24, 2025) (Elliott, C.J.)]" on the ground that the case was "wrongly decided," but concede that the court "would likely reach the same result" and order that Petitioner be afforded a bond hearing before an Immigration Judge" if it applied *Destino*'s reasoning here.[1]  The government also affirmatively states that "Petitioner appears to be a member of the certified class" in *Guerrero Orellana v. Moniz*, 2025 WL 3687757, *10-11 (D. Mass. Dec. 19, 2025).[2]

Based on the Respondents' concession that the Petitioner is eligible for relief under *Destino* and *Guerrero Orellana*, the court GRANTS the petition[3] for a bond hearing and orders the Respondents to provide the Petitioner with a bond hearing before a New England-based Immigration Judge as soon as practicable.  The petition is denied in all other respects. The parties shall file a status report on or before July 27, 2026.


      **SO ORDERED.**

                                           _____
                                           Joseph N. Laplante
                                           United States District Judge


Dated: July 15, 2026
cc:      Counsel of Record

---

[1] Response to Petition (doc. no. 6) at 1-3.  The court makes no finding as to the preservation of any grounds or arguments mentioned, but not actually argued or developed, on the record of this case.

[2] *Id.* at 3.

[3] Doc. no. 1.